UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIXON JOSE RAMIREZ TESARA,<br><br>Petitioner(s),<br><br>v.<br><br>CAMILLA WAMSLEY, et al.,<br><br>Respondent(s). | CASE NO. C25-1723-KKE-TLF<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE |

In their Joint Status Report (Dkt. No. 23 at 2), Petitioner and Respondents agreed to the following briefing schedule, which the Court adopts.

- Federal Respondents shall file their Habeas Return Memorandum by October 20, 2025;

- Petitioner shall file his Traverse/Response to Respondents' Habeas Return by November 10, 2025; and

- Federal Respondents shall file their Reply in Support of their Habeas Return Memorandum by November 17, 2025.

The parties also agree that there is good cause to extend the Temporary Restraining Order ("TRO") (Dkt. No. 19) until the Court makes a determination on the Petition for a Writ of Habeas Corpus (Dkt. No. 1). Dkt. No. 23 at 2.

ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE - 1

Accordingly, the Court ORDERS that the TRO (Dkt. No. 19) is extended until an order on the pending Habeas petition is issued by this Court. Respondents and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf, in active concert or participation with them:

- shall maintain Petitioner's release from custody under the conditions of his expired parole agreement; and
- are prohibited from re-detaining Petitioner without prior approval from this Court unless Petitioner is arrested on new criminal charges or in the event of an extremely compelling and urgent public safety threat.

Dated this 26th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE - 2