## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIXON JOSE RAMIREZ TESARA,<br><br>       Plaintiff(s),<br> v.<br><br>CAMILLA WAMSLEY, et al.,<br><br>       Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-1723-KKE-TLF |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 The GRANTS Petitioner's petition for a writ of habeas corpus.  Dkt. No. 1.  Petitioner previously received the release from custody that he requests in his petition (Dkt. No. 19) and the Court now ORDERS that he cannot be re-detained until after a hearing (with adequate notice) on his alleged parole violations.

 Dated November 25, 2025.

                  Ravi Subramanian
                  Clerk of Court


                  */s/ Alejandro Pasaye Hernandez*
                  Deputy Clerk