The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Daixon Jose RAMIREZ TESARA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Cammilla WAMSLEY, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-1723-KKE<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPLY FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT** |

Petitioner requests that the Court extend his deadline to file a petition for attorney fees under the Equal Access to Justice Act ("EAJA") from December 29, 2025, to February 25, 2026. Dkt. No. 33.  Respondents do not oppose the motion.  *Id*.

Finding good cause for an extension, the Court GRANTS the Petitioner's unopposed motion.  Petitioner shall file any motion for attorney's fees under EAJA on or before February 25, 2026.

DATED this 16th day of December, 2025.

*Kymberly K Evanson*
───────────────────────
Kymberly K. Evanson
United States District Judge

ORDER - 1
Case No. 2:25-cv-1723-KKE